An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CYNTHIA BECKMAN,
Appellant,
vs.
WELLS FARGO BANK, N.A.,
Respondent.

No. 61549

**FILED**

OCT 01 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On September 9, 2013, the parties filed a stipulation agreeing to dismiss this appeal. Having considered the stipulation, we approve it and hereby dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Tracie K. Linda*

cc:    Hon. Patrick Flanagan, District Judge
       Mark L. Mausert
       Lewis Roca Rothgerber LLP/Las Vegas
       Tiffany & Bosco, P. A.
       Lewis Roca Rothgerber LLP/Reno
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-29272